UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMELA M. COLE,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., *et al.*,<br><br>    Defendants. | Case No.  C13-959RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on May 3, 2012. Defendants JPMorgan Chase Bank, N.A. and Federal Loan Mortgage Corporation removed the action to this Court on June 3, 2013. Dkt. # 1. The deadlines for completing discovery and filing dispositive motions have passed, dkt. # 7, but there is nothing in the record that suggests service of the summons and complaint has been made on defendants Nationwide Title Clearing, TBG Capital Group, Chicago Title Ins. Co, Washington Mutual Bank, and John Does 1-50 as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the these defendants should not be dismissed. Plaintiff shall file a responsive brief within 10 days from the date of this Order. The Clerk of the Court is directed to place this order to show cause on the Court's calendar for April 11, 2014.

ORDER TO SHOW CAUSE - 1

1   DATED this 31st day of March, 2014.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2