# United States District Court

WESTERN DISTRICT OF WASHINGTON

TAMELA M. COLE,

         v.

JPMORGAN CHASE BANK, N.A., *et al.*

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C13-959RSL

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of defendants and against plaintiff.

April 16, 2014                             William M. McCool
                                                            Clerk

/s/Rhonda Stiles
By, Deputy Clerk